UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    Plaintiff,<br><br>vs.<br><br>**DOUGLAS D JACKSON**<br><br>    Defendant. | **CASE NUMBER: 3:15CR06-001**<br>**USM Number: 13961-027**<br><br>**MATTHEW D SOLIDAY - FCD**<br>**DEFENDANT'S ATTORNEY** |

## JUDGMENT IN A CRIMINAL CASE

**THE DEFENDANT** was found guilty on counts 1-7 of the Indictment after a plea of not guilty on 7/16/2015.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title, Section & Nature of Offense | Date Offense Ended | Count Number(s) |
|---|---|---|
| 18:2423(a) TRANSPORTATION OF A MINOR WITH INTENT TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY AND FORFEITURE ALLEGATION | June 7, 2014 | 1 |
| 18:1591(a) SEX TRAFFICKING OF A MINOR AND FORFEITURE ALLEGATION | June 7, 2014 | 2 |
| 18:2423(a) TRANSPORTATION OF A MINOR WITH INTENT TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY AND FORFEITURE ALLEGATION | June 9, 2014 | 3 |
| 18:1591(a) SEX TRAFFICKING OF A MINOR AND FORFEITURE ALLEGATION | June 9, 2014 | 4 |
| 18:2423(a) TRANSPORTATION OF A MINOR WITH INTENT TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY AND FORFEITURE ALLEGATION | June 14, 2014 | 5 |
| 18:1591(a) SEX TRAFFICKING OF A MINOR AND FORFEITURE ALLEGATION | June 14, 2014 | 6 |
| 18:924(c) USE OF A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE | June 14, 2014 | 7 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Defendant: DOUGLAS D JACKSON
Case Number: 3:15CR06-001

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

|  |
| --- |
| December 3, 2015 |
| Date of Imposition of Judgment |
| s/ Robert L. Miller, Jr. |
| Signature of Judge |
| Robert L. Miller, Jr., United States District Judge |
| Name and Title of Judge |
| December 3, 2015 |
| Date |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **235 months** on each of counts 1-6 to be served concurrently and **60 months** on count 7 to be served consecutive to counts 1-6 for an aggregate sentence of 295 months.

The Court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the Bureau of Prisons designate as the place of the defendant's confinement, consistent with the defendant's security classification as determined by the Bureau of Prisons, a federal facility as close as reasonably possible to the defendant's family in **South Bend, Indiana,** where he can participate in a substance abuse treatment program.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered _____ to _____ at _____, with a certified copy of this judgment.

```
                                             _____
                                                    UNITED STATES MARSHAL

                                          By: _____
                                                 DEPUTY UNITED STATES MARSHAL
```

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $700.00 | NONE | NONE |

The defendant shall make the special assessment payment payable to Clerk, U.S. District Court, 102 Robert A. Grant Courthouse, 204 South Main Street, South Bend, IN 46601. The special assessment payment shall be due immediately.

## FINE

No fine imposed.

## RESTITUTION

No restitution imposed.